# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE PROBY, JR., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORIZON MEDICAL SERVICES, et. al., )<br>)<br>)<br>Defendants. ) | No. 1:18-CV-293 SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "motion to correct the record," filed by plaintiff on September 16, 2019. In his motion, plaintiff asserts that his action has been pending in this Court since it was transferred from the United States District Court for the Western District of Missouri on December 11, 2018. Plaintiff requests that the Court review his case pursuant to 28 U.S.C. § 1915.

The Court reviewed plaintiff's amended pleading pursuant to 28 U.S.C. § 1915 on September 12, 2019, and at that time, plaintiff was instructed to file an amended pleading in this matter in order to comply with Federal Rules of Civil Procedure 8, 10, 18 and 20. The Court also denied plaintiff's motions for injunctive relief at that time, as well as his motions for appointment of counsel. As plaintiff was told in the Court's Order, if plaintiff chooses to file a timely amended pleading, the Court will review plaintiff's amended complaint pursuant to 28 U.S.C. § 1915 for frivolousness, maliciousness and for failure to state a claim upon which relief may be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion to correct the record" [Doc. #21] is **DENIED AS MOOT, as plaintiff's amended pleading was reviewed pursuant to 28 U.S.C. § 1915 on September 12, 2019**.

Dated this 30th day of September, 2019.

_____
STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE