# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE PROBY, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-CV-293 SNLJ |
| CORIZON MEDICAL SERVICES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion will be denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 31] is **DENIED**.

Dated this 22nd day of May, 2020.

_____
STEPHEN N. LIMBAUGH, JR
UNITED STATES DISTRICT JUDGE