UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE PROBY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:18-CV-293 SNLJ |
| CORIZON MEDICAL SERVICE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This matter is before the Court upon notice from the Office of the Missouri Attorney General. On January 5, 2021, the Court received notice indicating that the Missouri Attorney General could not waive service on behalf of defendant J. Cofield because defendant Cofield was not employed by the Missouri Department of Corrections. The letter states that defendant Cofield is an employee of Corizon, Inc. As such, the Court will seek a waiver of service from Corizon, Inc. on defendant Cofield's behalf.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendant J. Cofield in her individual capacity. Defendant Cofield should be served according to the Court's waiver of service agreement the Court maintains with Corizon, Inc.

Dated this 6th day of January, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff alleged that defendant J. Cofield, in his individual capacity, denied his grievances relating to his alleged lack of treatment by Corizon doctors for abdominal pain, anal warts and hemorrhoids.