# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DISTRICT

| | |
|---|---|
| GEORGE PROBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-CV-293 SNLJ |
| ) | |
| CORIZON, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On December 21, 2020, counsel for Corizon, LLC, advised that service could not be waived for defendants Pamala Swartz (incorrectly named Nurse Pamela Schwartz) or Dr. Heyden Hucke (incorrectly named Dr. Unknown Hucke) because they are not employees of Corizon, LLC at this time.[1] Therefore, the Court will order counsel to submit, under seal and *ex parte*, the last known addresses for defendants Hucke and Swartz.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall file, under seal and *ex parte*, the last known home addresses for defendants Dr. Heyden Hucke and Nurse Pamala Swartz within twenty-one (21) days of the date of this Memorandum and Order.

---

[1] Counsel indicates that Ms. Swartz was a former employee of Corizon, LLC. However, Dr. Heyden Hucke was employed through subcontractors.

**IT IS FURTHER ORDERED** that the Clerk shall correct defendants' names on the docket as defense counsel has identified them in his responsive pleading: Corizon, LLC; Dr. Heyden Hucke; Nurse Pamala Swartz; Dr. Phillip Tippen; Dr. Thomas Bredeman; Rebekah Graham; and Jewel Cofield.

Dated this 1st day of February, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE