UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE PROBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-CV-293 SNLJ |
| ) | |
| CORIZON LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's notification of the last known address for defendants Dr. Heyden Hucke and Pamala Swartz[1]. Because plaintiff is proceeding in forma pauperis, the Court will attempt service of process on his behalf. Defendant Swartz shall be served by summons through the U.S. Marshal's Office. Defendant Hucke shall be served by waiver. A copy of the summons and waiver, as well as the return of summons and return of the waiver shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Pamala Swartz in her individual capacity at the address provided in Docket No. 51. A copy of the second amended complaint, as well as a copy of Docket No. 39 shall accompany the summons.

**IT IS FURTHER ORDERED** that the Clerk of Court shall effectuate service of process via waiver upon defendant Dr. Heyden Hucke in his individual capacity at the address provided in Docket No. 51. A copy of the second amended complaint, as well as a copy of Docket No. 39 shall accompany the waiver.

---

[1] Defendant Swartz is living in Missouri. Defendant Hucke is living in Oregon.

**IT IS FURTHER ORDERED** that a copy of the summons and waiver, as well as the return of summons and return of the waiver shall be filed under seal and *ex parte*.

Dated this 4th day of February, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE